UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW SCOTT WHITE,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>STEVEN L. DOBRESCU, *et al.,*<br><br>　　　　　　　　　Defendants. | Case No. 3:13-cv-00680-MMD-WGC<br><br>ORDER |

The Court screened Plaintiff's pro se civil rights amended complaint filed pursuant to 18 U.S.C. § 1983 against Judge Steven L. Dobrescu of the Seventh Judicial District Court for the State of Nevada and three justices of the Nevada Supreme Court for affirming Judge Dobrescu's decision denying Plaintiff's for a name change. (ECF No. 5.) The Court dismissed Plaintiff's claims with prejudice because defendants are absolutely immune from claims for damages. (*Id.*) In considering Plaintiff's appeal, the Ninth Circuit Court of Appeals found that dismissal was proper because Plaintiff's claims are barred by the *Rooker-Feldman* doctrine. (ECF No. 13.) The Ninth Circuit thus affirmed dismissal, but reversed and remanded for the Court to enter an order dismissing Plaintiff's action without prejudice.

In accordance with the remand order, the Court amends its screening order and judgment to reflect that Plaintiff's claims are dismissed without prejudice. (ECF Nos. 5, 6.)

Before the Ninth Circuit issued its mandate to return jurisdiction to this Court, Plaintiff filed a motion to amend to name the State of Nevada. (ECF No. 14.) The Court

lacks jurisdiction to address Plaintiff's motion at the time it was filed. Regardless, Plaintiff's recourse is to file a new action to sue a new party. It is therefore ordered that Plaintiff's motion to amend is denied.

The Clerk is directed to enter judgment in accordance with this Order and close this case.

DATED THIS 15th day of February 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE