AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

MATTHEW SCOTT WHITE,

    Plaintiff,

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:13-cv-00680-MMD-WGC**

STEVEN L. DOBRESCU, et al.,

    Defendant(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the screening order and judgment are amended to reflect that Plaintiff's claims are dismissed without prejudice (ECF Nos. 5, 6).
    **IT IS FURTHER ORDERED** that Plaintiff's motion to amend (ECF No. 14) is denied.

February 15, 2017                                                **DEBRA K. KEMPI**
                                                                 Clerk

                                                                 /s/ K. Rusin
                                                                 Deputy Clerk